Anne Costin (SBN 260126)
**COSTIN LAW INC.**
369 Pine Street, Suite 506
San Francisco, CA  94104
Tel:  (415) 977-0400
Fax:  (415) 977-0405
Email:  anne@costinlawfirm.com
Attorney for Plaintiff

Ralph Robinson (SBN 51436)
Lenore C. Kelly (SBN 170891)
**WILSON, ELSER, MOSCOWITZ EDELMAN & DICKER LLP**
525 Market Street, 17th Floor
San Francisco, CA  94105
Tel:  (415) 433-0990
Fax:  (415) 434-1370
Email:  lenore.kelly@wilsonelser.com
Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARMAINE DE LOS REYES, | Case No.  3:14-cv-00534-WHO |
| Plaintiff, | **JOINT SUBMISSION OF PROPOSED VOIR DIRE** |
| v. | |
| RUCHMAN AND ASSOCIATES, INC. | Pretrial Conference:  October 13, 2015 |
| Defendant. | Time:  3:00 p.m.<br>Trial Date:  November 9, 2015<br>Before:  Hon. William H. Orrick |

JOINT SUBMISSION OF PROPOSED VOIR DIRE

1

Plaintiff Charmaine De Los Reyes and Defendant Ruchman and Associates, Inc. hereby submit the below jointly proposed voir dire pursuant to the Amended Civil Pretrial Order issued by the Hon. William H. Orrick on June 29, 2015.

Name

Age

City of Residence

Marital Status

1. What is the highest level of education you completed, and what was your area of study?
2. What hobbies do you engage in/organizations do you belong to?
3. What is your present occupation?
4. What are the occupations of your spouse and children (if applicable)?
5. Do you supervise anyone at your job?  If so, how many people?
6. Have you ever fired an employee?  If so, provide more information about the circumstances.
7. Have you ever been terminated from a job?  If so, please explain the circumstances and whether you felt that termination was justified or unjustified.
8. Have you, or any close family member or friend, ever had a serious conflict with a boss or employer?  If yes, please explain.
9. Have you, or any close family member or friend, ever been a victim of discrimination, harassment, retaliation, or wrongful termination?  If so, please explain the circumstances.
10. Have you, your employer, or any close family member or friend, ever been accused of discrimination, harassment, retaliation, or wrongful termination?  Please explain the

circumstances and how the complaint was resolved.

11. Have you, or any close family member or friend, ever been a Plaintiff, Defendant, or witness in a lawsuit? If so, please explain the circumstances.

12. What do you think about people who bring lawsuits?

13. Please finish the following sentence. "I believe that monies awarded by juries today are . . . ."

Respectfully submitted,

DATED: September 28, 2015            **COSTIN LAW INC.**

                                     By:_____//s//_____
                                         ANNE COSTIN
                                         Attorney for Plaintiff

DATED: September 28, 2015            **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

                                     By:_____//s//_____
                                         RALPH ROBINSON
                                         LENORE KELLY
                                         Attorneys for Defendant