UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARMAINE DE LOS REYES,<br><br>    Plaintiff,<br><br>    v.<br><br>RUCHMAN AND ASSOCIATES, INC.,<br><br>    Defendant. | Case No. 14-cv-00534-WHO<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT**<br><br>Re: Dkt. No. 61 |

The parties to the action have agreed to a settlement in open court.

IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE and any hearings scheduled in this matter are VACATED. It is further ordered that if any party certifies to this Court, with proper notice to opposing counsel within ninety (90) days from the date below, that settlement has not in fact occurred, this order shall be vacated and this cause shall be restored to the calendar for further proceedings. **IT IS SO ORDERED**.

Dated: November 3, 2015

                                            WILLIAM H. ORRICK<br>
                                            United States District Judge